IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHY SAK AND ZBIGNIEW BULKOWSKI | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 1:10-CV-07871 |
| | ) | |
| CITIMORTGAGE, Inc., SAFEGUARD | ) | |
| PROPERTIES, LLC and SAXON | ) | |
| MORTGAGE SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, SAFEGUARD PROPERTIES, LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT FOR
DAMAGES FOR TRESPASS**

Defendant, SAFEGUARD PROPERTIES, LLC ("Safeguard"), by and through its attorneys, states the following answer and affirmative defenses to Plaintiff's Amended Complaint For Damages For Trespass:

**Answer**

1.     Plaintiffs are the beneficiaries of Parkway Bank & Trust Company Trust #14694 (Hereinafter Parkway).

**ANSWER**:     Safeguard lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one, and therefore denies the allegations.

2.     On May 25, 2010, Parkway purchased the real estate commonly known as 35 Timber Hill Road, Buffalo Grove, IL (hereinafter the Property) at a foreclosure sale auction held in case 09 CH 17806.

**ANSWER**:     Safeguard lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph two, and therefore denies the allegations.

3.      The Foreclosure Sale described in paragraph 2 above was confirmed by Court

Order on August 27, 2010.

**ANSWER:**      Safeguard lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph three, and therefore denies the allegations.

4.      On September 1, 2010, the Defendants trespassed onto the Property and caused all

sorts of damage to the property including destroying repairs Plaintiffs had previously made to the

property.

**ANSWER:**      Safeguard denies the allegations contained in paragraph four.

5.      That due to the trespass Plaintiff has been damaged for sums in extras of

$50,000.00.

**ANSWER:**      Safeguard denies the allegations contained in paragraph five.

6.      In addition, the Defendant acted with malice in trespassing onto Plaintiffs

property.

**ANSWER:**      Safeguard denies the allegations contained in paragraph six.

7.      This amended complaint is filed to add additional parties.

**ANSWER:**      Safeguard admits only that Plaintiff's Amended Complaint named additional

defendants, including Safeguard, but denies that Plaintiffs have a valid cause of action against

Safeguard.

8.      Jurisdiction is diversity of citizenship.

**ANSWER:**      Safeguard admits the allegations contained in paragraph eight.

WHEREFORE, defendant, Safeguard Properties, LLC, prays that judgment be entered

into its favor and against Plaintiffs, together with costs.

## First Affirmative Defense

Safeguard states the following affirmative defense as an alternative pleading, without prejudice to its denials as to liability and fault:

1.  Plaintiff fails to state a cause of action against Safeguard upon which relief can be granted.

WHEREFORE, Safeguard prays that judgment be entered in its favor and against Plaintiffs, together with costs.

## Second Affirmative Defense

Safeguard states the following affirmative defense as an alternative pleading, without prejudice to its denials as to liability and fault:

1.  The damages alleged by Plaintiffs were caused solely by Plaintiffs' own negligent acts and/or omissions.

WHEREFORE, Safeguard prays that judgment be entered in its favor and against Plaintiffs, together with costs.

## Third Affirmative Defense

Safeguard states the following affirmative defense as an alternative pleading, without prejudice to its denials as to liability and fault:

1.  The damages alleged by Plaintiffs were caused at least in part by Plaintiffs' own negligent acts and/or omissions.

WHEREFORE, Safeguard prays that any judgment entered in favor of plaintiff and against Safeguard shall be reduced in an amount commensurate with Plaintiffs' own negligent acts and/or omissions as determined by the trier of fact. In addition, if Plaintiffs' fault is determined by the trier of fact to be in excess of 50% of the total fault, then against Plaintiffs shall be barred from any recovery from Safeguard whatsoever.

## Fourth Affirmative Defense

Safeguard states the following affirmative defense as an alternative pleading, without prejudice to its denials as to liability and fault:

1.      The sole proximate cause of the damages alleged by Plaintiffs in their Amended Complaint was the negligence actions of Plaintiffs and/or the co-defendants and/or any other third-party that could have been sued by Plaintiffs.

WHEREFORE, Safeguard prays that judgment be entered in its favor and against Plaintiffs, together with costs.

## Fifth Affirmative Defense

Safeguard states the following affirmative defense as an alternative pleading, without prejudice to its denials as to liability and fault:

1.      Plaintiffs are not entitled to recover punitive damages from Safeguard regardless of whether they can prove negligence on the part of Safeguard.

WHEREFORE, Safeguard prays that Plaintiff's be barred from seeking to recover

punitive damages from Safeguard if this matter proceeds to trial.

### Sixth Affirmative Defense

Safeguard states the following affirmative defense as an alternative pleading, without prejudice to its denials as to liability and fault:

1.      Plaintiffs are not entitled to recover attorney's fees or costs from Safeguard as a matter of law, regardless of whether they can prove a trespass claim against Safeguard.

WHEREFORE, Safeguard prays that Plaintiff's be barred from seeking to recover attorney's fees or costs from Safeguard if this matter proceeds to trial.

### JURY DEMAND

Defendant hereby demands trial by jury.

Respectfully submitted,

/s/ Stephen S. Weiss_____
Stephen S. Weiss, Esq.
Corry P. Keilin, Esq.
TRIBLER ORPETT & MEYER, P.C.
225 West Washington Street, Suite 1300
Chicago, Illinois 60606
(312) 201-6400
(312) 201-6401 (fax)
**Attorneys for Safeguard Properties, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **Defendant, Safeguard Properties' Answer and Affirmative Defenses to Plaintiffs' Amended Complaint for Damages for Trespass** was served upon:


Stephen D. Richek, Esq.
Law Office of Stephen D. Richek
20 N. Clark Street, Suite 2450
Chicago, IL 60602
(312) 372-9444
strichek@aol.com

Timothy L. Binetti, Esq.
Todd A. Rowden, Esq.
Thompson Coburn, LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603
(312) 346-7500
tbinetti@thompsoncoburn.com
trowden@thompsoncoburn.com


service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 5th day of July, 2012, with proper postage prepaid.


s/ Stephen S. Weiss
an Attorney